IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BRIAN EDWARDS,                                  *

         Plaintiff,                            *

v.                                              Case No.7:20-CV-3(WLS)
                                       *

TIFT REGIONAL HEALTH SYSTEM, INC.,
                                       *

         Defendant.
                                       *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 29, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 29th day of March, 2022.

                                                David W. Bunt, Clerk

                                                s/ S. B. DeCesare, Deputy Clerk