IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BRIAN EDWARDS, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | Case No.: 7:20-CV-00003 (WLS) |
| TIFT REGIONAL HEALTH SYS. INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On March 29, 2022, the Court entered a judgment for Defendant pursuant to granting Defendant's Motion for Summary Judgment. (Doc. 75; 74.) Thereafter, Plaintiff submitted a Notice to Appeal to the United States Court of Appeals for the Eleventh Circuit. (Doc. 77.) Then, on August 24, 2022, Plaintiff filed a "Joint Stipulation of Dismissal with Prejudice." (Doc. 85.) Therein, Parties stipulate that "all claims, disputes, and controversies between Plaintiff and Defendant are dismissed, with prejudice, and that each party shall bear their own attorney's fees, costs, and expenses of litigation." (*Id.*) Two days later, the Clerk of Court of the Eleventh Circuit granted the Plaintiff's Motion to voluntarily dismiss the appeal. (Doc. 86.)

Still, it is not entirely clear whether all of Parties' requests in the Joint Stipulation of Dismissal with Prejudice (Doc. 85) have been fully addressed. Specifically, it is unclear whether Plaintiff filed the Joint Stipulation of Dismissal to dismiss the appeal *only*—which would then leave the Judgment that was entered in favor of Defendant undisturbed (Doc. 75)—or, whether the Joint Stipulation of Dismissal was also meant to vacate the Judgment in addition to dismissing the appeal.

Accordingly, Parties are hereby **ORDERED** to confer and, by response not later than fourteen days after the entry of this Order, clarify and notify the Court on whether the Joint Stipulation of Dismissal (Doc. 85) was concerning the appeal dismissal only, or whether it was meant to dismiss the appeal and vacate the existing Judgment as well.

**SO ORDERED**, this 31st day of August 2022.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**