IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRIAN EDWARDS, | : |
| Plaintiff, | : |
| v. | : |
| | :    Case No.: 7:20-CV-00003 (WLS) |
| TIFT REGIONAL HEALTH SYS. INC., | : |
| Defendant. | : |

## ORDER

On March 29, 2022, the Court entered a judgment for Defendant pursuant to granting Defendant's Motion for Summary Judgment (Doc. 55). (Doc. 75; Doc. 74.) Thereafter, Plaintiff submitted a Notice to Appeal to the United States Court of Appeals for the Eleventh Circuit. (Doc. 77). Then, on August 24, 2022, Plaintiff filed a "Joint Stipulation of Dismissal with Prejudice." (Doc. 85). Therein, Parties stipulate that "all claims, disputes, and controversies between Plaintiff and Defendant are dismissed, with prejudice, and that each party shall bear their own attorney's fees, costs, and expenses of litigation." (*Id.*) Two days later, the Clerk of Court of the Eleventh Circuit granted the Plaintiff's Motion to voluntarily dismiss the appeal. (Doc. 86).

On August 31, 2022, this Court entered an Order (Doc. 87) directing the Parties to confer and notify the Court on whether their Joint Stipulation of Dismissal (Doc. 85) concerned the appeal dismissal only or whether it was meant to dismiss the appeal as well as vacate the existing Judgment (Doc. 75). Defendant timely submitted a Response (Doc. 88), stating that the Parties' Joint Stipulation was to dismiss the appeal only while leaving the existing Judgment (Doc. 75) untouched or undisturbed.

For reasons of clarity and purpose of completing the record, the Court **CONFIRMS** the Judgment (Doc. 75) entered on March 29, 2022, in favor of Defendant. Plaintiff shall recover nothing of Defendant, and Defendant shall recover costs of this action.

**SO ORDERED**, this  15th  day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**